No. 73–5426.  O'REILLY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–5432.  CARLTON v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–5436.  KEARNS v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 73–5442.  HULL v. ST. ELIZABETHS HOSPITAL ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 73–5448.  ALDRIDGE v. NEW JERSEY.  Super. Ct. N. J.  Certiorari denied.

No. 73–5452.  STEFFES v. CUPP, PENITENTIARY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 73–5454.  ZERBO ET AL. v. MICHIGAN DEPARTMENT OF THE TREASURY, REVENUE DIVISION.  Ct. App. Mich. Certiorari denied.

No. 73–5460.  RUDMAN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 72–1680.  HOUSING AUTHORITY OF NEW HAVEN ET AL. v. DORSEY, COMMISSIONER, DEPARTMENT OF COMMUNITY AFFAIRS OF CONNECTICUT, ET AL.  Sup. Ct. Conn.  Motion of Connecticut State Conference of the National Association for the Advancement of Colored People et al. for leave to file a brief as *amici curiae* granted.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6800.  GOAD v. ANDERSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.